JOHN SHILLITO CO. v. McCLUNG, Surveyor of Customs.

[Circuit Court of Appeals, Sixth Circuit. February 5, 1895.)

No. 24.

COSTS—DOCKET FEE IN COURT OF APPEALS.
   The prevailing party in an appeal to the United States circuit court of appeals is entitled to tax a docket fee of $20.

This was a motion to retax costs in the United States circuit court of appeals.

Mortimer Matthews, for the John Shillito Co.

John W. Herron, U. S. Atty., for McClung.

Before TAFT and LURTON, Circuit Judges, and SEVERENS, District Judge.

PER CURIAM. In this case the clerk taxed against the losing party, the John Shillito Company, an attorney's docket fee of $20; and a motion has been made to retax the same, on the ground that no authority exists by law to tax a docket fee in this court to be paid to the attorney, solicitor, or proctor of the winning party. It has been the uniform practice of the supreme court of the United States to tax an attorney fee of $20 for the prevailing party in every case where costs are given by the court. This is the construction which has been put upon section 824 of the Revised Statutes of the United States by the long practice of that court, as we have learned by inquiry of the clerk of the supreme court. We therefore adopt it, as applicable to the imposition of costs in this court. The motion to retax costs is overruled.